# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| MAUREEN MIRABELLA, JOHN MIRABELLA AND JOHN CONNOR MIRABELLA, | : | No. 542 MAL 2020 |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| WILLIAM PENN CHARTER SCHOOL, OVERSEERS OF THE PUBLIC SCHOOL AND WILLIAM PENN CHARTER SCHOOL, INC., | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 13th day of April, 2021, the Petition for Allowance of Appeal is **DENIED**.